UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ALFORD BRADFORD,<br><br>Plaintiff,<br><br>v.<br><br>DARNELL MEBANE, et al.,<br><br>Defendants. | No. 2:21-cv-1410 JAM CKD P<br><br><br><br>ORDER |

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. On November 5, 2021, the court denied plaintiff's request to proceed in forma pauperis and granted plaintiff 14 days to pay the $402 filing fee for this action. On December 7, 2021, the magistrate judge assigned to this case recommended that this action be dismissed without prejudice for plaintiff's failure to pay the filing fee. Plaintiff has filed objections to magistrate judge's recommendation.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the magistrate judge's December 7, 2021 findings and recommendations to be supported by the record and by proper analysis.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 7, 2021, are adopted in full;

2. This action is dismissed without prejudice; and

3. All requests made in plaintiff's December 17 and December 27, 2021 objections to findings and recommendations are denied.

Dated: February 9, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE